UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANDA ST. PETERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　Defendant. | Case No.  21-cv-05597-VKD<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 42 |

On August 17, 2022, the last day to complete fact discovery, plaintiff Chanda St. Peters filed a motion asking the Court to extend the deadline to complete fact discovery by 30 days to September 16, 2022.  Dkt. No. 42.  The motion explains that plaintiff "hoped the case would settle without the need for more discovery" and suggests that an extension of the fact discovery deadline will promote settlement.  *Id.*

Defendant Southwest Airlines Co. opposes the motion to extend the discovery deadline. Dkt. No. 44.  Defendant observes that plaintiff has taken no discovery to date and argues that plaintiff has not shown good cause to continue the deadline.  *Id.*

The Court agrees with defendant.  A case management order may be modified "for good cause."  Fed. R. Civ. P. 16(b)(4).  The "good cause" standard primarily considers the diligence of the party seeking to amendment of the order.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  The Court "may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension."  *Id*. (internal citation and quotations omitted).  "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving

party's reasons for seeking modification." *Id.* Here, plaintiff has not shown good cause for an extension of the fact discovery deadline. Plaintiff does not explain why she has conducted no discovery to date, and she does not identify any discovery that she would take if the Court extended the deadline. This demonstrates a lack of diligence in conducting discovery. The fact that plaintiff has made a settlement demand and hopes to settle the case is not good cause to extend the fact discovery deadline.

Accordingly, the motion is denied.

**IT IS SO ORDERED.**

Dated: August 24, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2