UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANDA ST. PETERS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Case No. 21-cv-05597-VKD<br><br>**FURTHER ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 56 |

The parties advise that they have not yet fully executed a release associated with the settlement of this case, and they request a 45-day extension to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Dkt. No. 56. Accordingly, the Court extends the previously set deadlines as follows:

On or before **January 24, 2023**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 31, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **January 24, 2023** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and the parties need not file a statement in response to this Order.

//

**IT IS SO ORDERED.**

Dated: December 9, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge